


1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 07-SW-390 GGH |
| ) | |
| SEARCH WARRANTS AUTHORIZED ) | |
| FOR THE PREMISES LOCATED AT: ) | |
| ) | |
| 6332 Lincoln Boulevard, ) | ORDER FOR DESTRUCTION OF BULK |
| Oroville, California ) | MARIJUANA SEIZURE |
| ) | |
| 22 Nelsier Place, ) | |
| Oroville, California ) | |
| ) | |
| 57 Nelsier Place, ) | |
| Oroville, California ) | |
| ) | |
| 2091 Debbie Ann Court, ) | |
| Oroville, California ) | |

The United States applied for an order permitting its agents to destroy bulk marijuana that it expects to seize in this matter pursuant to a duly authorized search warrant. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during

the investigation.  For evidentiary purposes, the marijuana plants shall be counted and, if possible, weighed.  Additionally, any seized marijuana gardens shall be photographed and/or videotaped, and a representative sample taken from each location, which shall be preserved until further order of this court.

Dated: September 15, 2008        GREGORY G. HOLLOWS
                                 _____
                                 GREGORY G. HOLLOWS
                                 U.S. Magistrate Judge